United States District Court

District of Minnesota

UNITED STATES OF AMERICA

Plaintiff(s),

JUDGMENT BY DEFAULT

-vs-

Civil No. 01-412 MJD/JGL

BRETT SCHOEN
a/k/a BRETT KAUFFMAN

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiff do have and recover of and from said defendant the sum of FIVE THOUSAND SEVEN HUNDRED SEVENTY-SEVEN Dollars AND 48/100--($ 5,777.48). Plus additional prejudgment interest from June 15, 2000 at 8 % per annum and postjudgment interest from date of judgment at 2.24% per annum.

RICHARD D. SLETTEN

DATED: November 21, 2001

By ______________________________
E. Knoblauch, Deputy Clerk

| | |
|---|---|
| Principal/Damages | $ 2,683.00 |
| Costs and disbursements | $ 150.00 |
| Interest to 6/15/2000 | $ 2,944.48 |
| Surcharge | $ |
| TOTAL JUDGMENT | $ 5,777.48 |

(4)