UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-412 MJD/JGL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRETT SCHOEN,<br><br>Defendant,<br><br>TRILLIUM DRIVER SOLUTIONS,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on January 21, 2004, is hereby released.

Dated: March 9, 2004

Magistrate Judge
United States District Court